UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

TERRELL WILLIAMS,

Plaintiff,

-against-

THE CITY OF NEW YORK, CORIZON HEALTH INCORPORATED, NEW YORK CITY DEPARTMENT OF CORRECTIONS OFFICER EARL MITCHELL, Shield #8314, Individually and in his official capacity, NEW YORK CITY DEPARTMENT OF CORRECTIONS CAPTAIN ALLEN GAINES, Shield #247, Individually and in his official capacity, NEW YORK CITY DEPARTMENT OF CORRECTIONS OFFICER ERROLL BASKERVILLE, Shield #1214, Individually and in his official capacity, NEW YORK CITY DEPARTMENT OF CORRECTIONS OFFICER DAVID MCCALLUM, Individually and in his official capacity, NEW YORK CITY DEPARTMENT OF CORRECTIONS OFFICER CAPTAIN [sic] JONATHAN CHARLES, Shield #1349, Individually and in his official capacity, NEW YORK CITY DEPARTMENT OF CORRECTIONS OFFICER DANTON WESTON, Shield #14113, Individually and in his official capacity, and CORRECTION OFFICER ROBIN ALSTON-FLOYD, Shield #7367, Individually and in his official capacity,

Defendants.

**STIPULATION AND ORDER OF DISMISSAL**

No. 16-CV-4406 (WFK) (PK)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 3 0 2017 ★

BROOKLYN OFFICE

    **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

    **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

1.    The above-referenced action is hereby dismissed with prejudice; and

2.      Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to retain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York

_____ June 30 __, 2017

**DRUMMOND & SQUILLACE PLLC**
*Attorneys for Plaintiff*
175-61 Hillside Ave, Suite 205
Jamaica, NY 11432
(718) 298-5050

By: _____
Stephen L. Drummond, Esq.
*Attorney for Plaintiff*

**ZACHARY W. CARTER**
Corporation Counsel of the City of New York
*Attorney for Defendants City of New York and Corizon Health, Inc.*
100 Church Street, 3rd Floor
New York, New York 10007
(212) 356-2661

By: _____
Tobias E. Zimmerman
*Senior Counsel*

SO ORDERED:

_____
HON. WILLIAM F. KUNTZ
UNITED STATES DISTRICT JUDGE
Dated: _June 30_ _____, 2017

-2-